RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jorge Ibarra-Moreno

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JORGE IBARRA-MORENO,<br><br>            Defendant. | Case No. 2:20-mj-00913-DJA<br><br>ORDER to **CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jorge Ibarra-Moreno, that the Preliminary Hearing currently scheduled on January 25, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to review, investigate, and discuss the case with Defendant.

2.     The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the second request for a continuance of the preliminary hearing.

DATED this 12th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE IBARRA-MORENO,<br><br>  Defendant. | Case No. 2:20-mj-00913-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, January 25, 2021 at 4:00 p.m., be vacated and continued to March 1, 2021, at 4:00 p.m. Courtroom 3A.

   DATED this 13th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3