CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00055-KJD-DJA |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| JORGE IBARRA-MORENO,  aka "Jorge Moreno Ibarra,"  aka "Ibarro Jorge Moreno,"  aka "Luis Gutierrez-Hernandez," | |
| Defendant. | |

The United States of America, by and through its attorneys, Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about October 15, 2020, a Complaint was filed with the Court, charging Mr. Ibarra-Moreno with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00913-DJA.

2. Mr. Ibarra-Moreno made an initial appearance before the Court on or about October 19, 2020, and was ordered detained pending trial. *Id.* at ECF Nos. 13, 14. Mr. Ibarra-Moreno remains detained by the U.S. Marshals Service.

3. Mr. Ibarra-Moreno has signed a plea agreement with the United States, and this Court has set a change of plea hearing for May 4, 2021. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 26th day of March, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney


 /s/ *Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JORGE IBARRA-MORENO,<br>   aka "Jorge Moreno Ibarra,"<br>   aka "Ibarro Jorge Moreno,"<br>   aka "Luis Gutierrez-Hernandez,"<br><br>    Defendant. | Case No. 2:21-cr-00055-KJD-DJA<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Jorge Ibarra-Moreno,* is unsealed.

**DATED** this __30th__ day of March, 2021.

By the Court:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE